Victor-Morris: Stern(Secured Injured Party).
Name
#8442
Prison Number
Goose Creek Correctional Center
Place of confinement
22301 Alsop Road
Mailing address
Wasilla, Alaska 99623
City, State, Zip
(907) 864-8100
Telephone



JUL 26 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

VICTOR-MORRIS STERN TRUST/ESTATE
    Claimant,

vs.

STATE OF ALASKA
    Respondent.

RE: Non-Response to 'Private Conditional Acceptance for Value for Proof of Claim in the Nature of Request for Discovery.

JUDICIAL REVIEW

MOTION FOR SUMMARY JUDGMENT

3:22-CV-00174-JMK

## JURISDICTION

1. Jurisdiction in this matter is hereby granted by Victor-Morris :Stern, authorized representative for VICTOR MORRIS STERN by way of sufficiency of pleadings (see attached).

## FACTS

2. Claimant has exhausted administrative remedy and comes to this court with clean Hands and in good faith (see attached).

3. Claimant has established **"judgment in estoppel"** against the respondents as evidenced by attached **Certificate(s) of Non-response**, certified by Kerry D. Gardner, a notary public for the STATE OF ALASKA.

4. Claimants administrative remedy is **res judicata**.

5. Failure of Respondent to respond in this matter is **stare dcisis**.

6. Claimants administrative remedy is ripe for judicial review, and there are no facts in controversy.

## LEGAL CLAIM

7. Claimant is entitled to relief in this equitable claim and settlement.

8. Respondent(s) is estopped for failure to respond to original administrative process.

9. Claimant has placed the facts and law before this honorable court.

## RELIEF SOUGHT

10. Claimant requests judicial review of his administrative process and remedy.

11. Claimant request this court to find the facts and execute on the law of the contract before this court.

12. Claimant request summary judgment on his administrative remedy.

13. Claimant request the court to order Respondent to pay the sum of $65,186,208,000.00 over to Claimant per contract(see attached).

14. Claimant request the court to immediately release Him from the judgment and sentence of case number: 3AN-88-08348CR.

15. Claimant request the court to release the Order of the court to VICTOR MORRIS STERN.

Respectfully submitted by order of VICTOR MORRIS STERN

_____
Victor-Morris: Stern, authorized representative
OF VICTOR MORRIS STERN

Alaska )
)
Anchorage )

On this 18 day of July 2022, I, Michael Groenland, a notary public for the state noted above, did upon proper identification by Victor Stern received his oath, Sworn and subscribed, and did witness his signature on the foregoing.

2

Notary Public                                My commission expires

Service:

A copy of the foregoing was mailed by First class mail or better on this 18 day of July ,2022 to:

The UNITED STATES DISTRICT COURT
222 W. 7th Ave #4
Anchorage, Alaska 99513-7564
(907) 677-6100


Mike Dunleavy
D.B.A. Governor of Alaska
5500 W. 7th Ave, Suite 1700
Anchorage, Alaska 99501


CC  RE: THE SOVEREIGN STANDING OF Victor-Morris: Stern CONDITIONAL ACCEPTANCE FOR VALUE (CAFR) - PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS-ARTICLE 1 REDRESS OF GRIEVANCE UNDER THE NINTH AMENDMENT RESERVATION FOR THE RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY. IN THE NATURE OR REQUEST FOR PROOF OF CLAIM/DISCOVERY.
       Case Number: 3AN-88-08348CR
    Pgs 342-448   ANCHORAGE RECORDING DISTRICT 301


    Asservation of Sovereign Status by Foreign Nuetral under the absolute laws of the living Father
       Case Number: 3AN-88-08348CR
    Pgs 449-453   ANCHORAGE RECORDING DISTRICT 301


    DECLARATION & CERTIFICATE OF SOVEREIGN STATUS
    Pgs 454-466   ANCHORAGE RECORDING DISTRICT 301


    UCC FINANCING STATEMENT AMENDMENT-20142028526-Colorado Secretary State. LEGAL NOTICE AND DEMAND
    Pgs 1-27


    AMERICAN BAR ASSOCIATION & INTERNATIONAL BAR ASSOCIATION
              AFFIDAVIT OF OBLIGATION
              INTERNATIONAL COMMERCIAL LIEN
    Pgs 1-39

    BILL OF EXCHANGE   Pgs 1-2